

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00440-CV

**EX PARTE** Peter **BURTON**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI09461
The Honorable Renée A. Yanta, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, we AFFIRM the trial court's order GRANTING Appellant Peter Burton's petition for expunction in cause numbers 1988CR1233 and 1988CR5829. We further AFFIRM the trial court's order that "all requests for expunction not specifically granted in this ORDER are DENIED."

SIGNED December 19, 2018.

_____
Patricia O. Alvarez, Justice